

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00492-CV

**IN THE INTEREST OF K.B.F.,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02954
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's June 13, 2014 order terminating appellant's parental rights. Appellant timely filed a notice of appeal on July 11, 2014. Accordingly, the record was due Monday, July 21, 2014. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed. This court notified Angie Jimenez by letter that she is the court reporter responsible for timely filing the reporter's record and that the record had not been filed. Our notice required Jimenez to file the record no later than August 4, 2014. We received no response to our letter.

We **order** the court reporter, Angie Jimenez, to file the reporter's record by **August 13, 2014**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court